**IN THE MISSOURI COURT OF APPEALS**
**HANDDOWN LIST OF DECEMBER 22, 2015**
**WESTERN DISTRICT**


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b)**
**AND ISSUED PER CURIAM**
------------------------------------------------------------------

WD77827        Thomas D. Padgett and Sharon L. Padgett vs. James Freel
               Edwards and Erma K. Edwards; Sherry Jo Edwards


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b)**
**AND ISSUED PER CURIAM**
------------------------------------------------------------------

None